1010

No. 1316, Misc. DAVIS v. CORRECTIONS DIRECTOR ET AL.; and

No. 1323, Misc. LUPINO v. TAHASH, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 813. SHAPIRO, COMMISSIONER OF WELFARE OF THE STATE OF CONNECTICUT v. THOMPSON. Appeal from D. C. Conn. (Probable jurisdiction noted, 389 U. S. 1032.) Motion of Legal Aid Society of Alameda County for leave to file brief, as *amicus curiae,* granted. *Eugene M. Swann* on the motion.

No. 638. CHENG FAN KWOK v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. (Certiorari granted, *ante,* p. 918.) Motion to remove case from summary calendar granted and fifteen additional minutes allotted to counsel supporting judgment, and a similar amount of time allotted to counsel opposing judgment. *Solicitor General Griswold* for respondent on the motion.

No. 1008. STONE v. KENTUCKY. Ct. App. Ky. Certiorari denied. *Jack G. Day* for petitioner. *John Breckinridge,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent. ▓

No. 1093. WILBUR v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *Paul T. Smith* for petitioner. *Elliot L. Richardson,* Attorney General of Massachusetts, *Willie J. Davis* and *Howard M. Miller,* Assistant Attorneys General, and *John M. Finn,* Deputy Assistant Attorney General, for respondent.